MADALYN MAYS (MURRAY), Respondent, v. WILLIAM J. MURRAY, JR., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

JOSEPH DI CLAUDIO, Appellant, v. JOSEPHINE DI CLAUDIO, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD E. MOORE, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

JAMES GILCHRIST, Respondent, v. GILBERT COLLINS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

DANIEL RHOADES et al., Appellants, v. ABRAHAM ROBLES, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

JAMES A. SMYTH, Respondent, v. EMEROL MANUFACTURING COMPANY, INC., Appellant.— Order unanimously modified so as to stay all proceedings in the action until Ward and Hull have been added as parties and, as so modified, affirmed, with $20 costs and disbursements to the appellant. As the action is in rem this will not require personal service in this State. In the circumstances the relief granted is warranted. Settle order on notice. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

JOSEPH T. KINGSLEY, Respondent, v. PERRY N. SELHEIMER et al., Appellants. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. The matter alleged in the sixth defense may, in an amended answer, be set up as a partial defense in mitigation of damages. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

GERTRUDE TURTELTAUB, Respondent, v. SIMON J. BIRO et al., Copartners Doing Business under the Name of SIMON-MORRIS, Appellants.— Determination unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

INDUSA EXPORT Co., INC., Appellant, v. INDUSSA CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

REVLON PRODUCTS CORPORATION, Appellant, v. SAMUEL BERNSTEIN, Doing Business under the Name of TEDBURN Co., et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.